ACCEPTED
06-15-00080-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2015 3:13:29 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00080-CV

**IN THE COURT OF APPEALS**
**SIXTH JUDICIAL DISTRICT OF TEXAS**
**TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2015 3:13:29 PM
DEBBIE AUTREY
~~Clerk~~

**JOHN W. BOWERS,**

**APPELLANT,**

**v.**

**BANK OF AMERICA, NA, AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,**

**APPELLEE.**

**Appeal from the 345TH Judicial District Court**
**Travis County, Texas**
**Trial Court Case No. D-1-GN-12-002006**
**Hon. Stephen Yelenosky, Presiding**

## NOTICE OF APPEARANCE OF COUNSEL FOR APPELLEE

TO THE HONORABLE COURT OF APPEALS:

Please take notice that the undersigned and the law firm of Mackie Wolf Zientz & Mann, P.C., hereby appear as counsel for Appellee Bank of America, NA, as Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP ("Appellee"), and request all notices given or required to be given in this case, and all papers served or required to be

---

NOTICE OF APPEARANCE OF COUNSEL FOR APPELLEE                    PAGE 1

served in this case, including, without limitation, notices and any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise be served upon the undersigned attorney at the following address:

Mark D. Cronenwett
MACKIE WOLF ZIENTZ & MANN, P.C.
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
mcronenwett@mwzmlaw.com

Respectfully submitted,

By: /s/ Mark D. Cronenwett
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: (214) 635-2670
Facsimile: (214) 635-2686 (Fax)

**ATTORNEYS FOR APPELLEE BANK OF AMERICA, NA, AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 13th day of October, 2015, a true and correct copy of the foregoing document was delivered to the following counsel of record in the manner described:

**Via Regular Mail and CMRRR**:
Robert S. Koelsch
PO BOX 4790
Lago Vista, TX 78645-0008

       */s/ Mark D. Cronenwett*
       **MARK D. CRONENWETT**